IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SEAN PATRICK GJERDE,

        Petitioner,               No.  03:14-cv-01291-JE

    v.

MARION FEATHER,                ORDER

        Respondent.

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation (#8) on December 16, 2014, in which he recommends that this Court dismiss Petitioner's Petitioner for Writ of Habeas Corpus.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de*

1 - ORDER

*novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [8]. Accordingly, Petitioner's Petition for Writ of Habeas Corpus [1] is dismissed.

IT IS SO ORDERED.

DATED this  8  day of  Jan. , 2015.

>> *Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER